B

**Weisberg & Meyers LLC**
## Item Actual Cost Detail          TX:Van Astyne, Bruce v. GC D080410C(TX)

| Type | Date | Num | Memo | Amount |
|------|------|-----|------|--------|
| **Service** | | | | |
| **Filing Fee; Complaint** | | | | |
| Credit Card Charge | 11/13/2008 | | | 350.00 |
| Total Filing Fee; Complaint | | | | 350.00 |
| | | | | |
| **Process Service Fee** | | | | |
| Check | 11/03/2008 | 1111 | TX:Van Astyne, Bruce v. GC D080410C(TX) | 60.00 |
| Total Process Service Fee | | | | 60.00 |
| | | | | |
| **Trial Cost** | | | | |
| Credit Card Charge | 01/04/2010 | officemax | trail exhibits | 38.03 |
| Credit Card Charge | 01/05/2010 | kinkos | exhibits | 200.05 |
| Credit Card Charge | 01/05/2010 | fedex kinko | trial exhibits | 12.97 |
| Total Trial Cost | | | | 251.05 |
| | | | | |
| **Deposition - Transcript** | | | | |
| Credit Card Charge | 01/06/2010 | Astyne | Depo Transcripts TX:Van Astyne, Bruce v. GC D080410C(TX) | 3,649.02 |
| Total Deposition - Transcript | | | | 3,649.02 |
| | | | | |
| **Client Cost - Cab** | | | | |
| Credit Card Charge | 12/18/2009 | sky harber | MSM to airport TX:Van Astyne, Bruce v. GC D080410C(TX) | 25.00 |
| Credit Card Charge | 12/18/2009 | houston | MSM to airport TX:Van Astyne, Bruce v. GC D080410C(TX) | 37.12 |
| Credit Card Charge | 01/05/2010 | sunrise | MSM taxi TX:Van Astyne, Bruce v. GC D080410C(TX) | 50.00 |
| Credit Card Charge | 01/08/2010 | cab | MSM Cab TX:Van Astyne, Bruce v. GC D080410C(TX) | 30.00 |
| Check | 01/08/2010 | 3580 | cab to airport TX:Van Astyne, Bruce v. GC D080410C(TX) | 30.00 |
| Total Client Cost - Cab | | | | 172.12 |
| | | | | |
| **Client Cost - Meals** | | | | |
| Credit Card Charge | 12/18/2009 | hardrock | msm meal TX:Van Astyne, Bruce v. GC D080410C(TX) | 18.69 |
| Credit Card Charge | 12/18/2009 | pappas | msm meal TX:Van Astyne, Bruce v. GC D080410C(TX) | 13.50 |
| Credit Card Charge | 01/07/2010 | Vic | MSM meal TX:Van Astyne, Bruce v. GC D080410C(TX) | 170.38 |
| Credit Card Charge | 01/09/2010 | club qtrs | MSM meal TX:Van Astyne, Bruce v. GC D080410C(TX) | 150.35 |
| Total Client Cost - Meals | | | | 352.92 |
| | | | | |
| **Client Cost - Hotel** | | | | |
| Credit Card Charge | 12/23/2009 | club msm | msm hotel TX:Van Astyne, Bruce v. GC D080410C(TX) | 638.38 |
| Credit Card Charge | 01/04/2010 | club qtr | Hotel for client TX:Van Astyne, Bruce v. GC D080410C(TX) | 271.54 |
| Total Client Cost - Hotel | | | | 909.92 |
| | | | | |
| **Client Cost - Flight** | | | | |
| Credit Card Charge | 11/26/2009 | southwest | pretrial TX:Van Astyne, Bruce v. GC D080410C(TX) | 417.70 |
| Credit Card Charge | 12/23/2009 | southwest | msm flight TX:Van Astyne, Bruce v. GC D080410C(TX) | 143.10 |
| Credit Card Charge | 12/23/2009 | us air | msm return flight TX:Van Astyne, Bruce v. GC D080410C(TX) | 318.60 |
| Credit Card Charge | 12/23/2009 | US Air | MSM Baggage TX:Van Astyne, Bruce v. GC D080410C(TX) | 50.00 |
| Credit Card Charge | 12/23/2009 | US air | MSM Baggage TX:Van Astyne, Bruce v. GC D080410C(TX) | 25.00 |
| Credit Card Charge | 01/08/2010 | southwest | flight change msm return to phx TX:Van Astyne, Bruce v. GC D | 258.10 |
| Total Client Cost - Flight | | | | 1,212.50 |
| **Total Service** | | | | 6,957.53 |



*Van Astyne v. GC*
*D08041VC (TX)*
*FedEx Exhibits*

FedEx Kinko's
3801 N Central Ave
Phoenix, AZ 85012-1901
(602) 241-9440

1/5/2010                                    12:16:30 PM MST
Trans.: 5410                                     Branch: 2306
Register: 009                                    Till:ls988
Team Member: Lewis S.
Customer: Kimberly Meyers

                          REFUND



                    *230600954 1 0*

ES C SS 8.5x11/14              (184.73) T
2292          (377.00) @ 0.4900
Overcharged or Wrong Price


Sub-Total                      (184.73)
Deposit                           0.00
Tax                             (15.32)
Total                          (200.05)
Total                          (200.05)
    AmEx (S)
    Account: 2003
    Auth: SysAuthCode (A)
Total Tender                   (200.05)
Change Due                        0.00

                Thank you for visiting

                    FedEx Kinko's
        Make It. Print It. Pack It. Ship It.
                  www.fedexkinkos.com

                    Customer Copy



**FedEx Kinko's**

FedEx Kinko's
3801 N Central Ave
Phoenix, AZ 85012-1901
(602) 241-9440

1/5/2010                  12:17:40 PM MST
Trans.: 5411              Branch: 2306
Register: 009             Till:1s988
Team Member: Lewis S.

SALE

BinderEconVw 3in Blk          11.98 T
  4405          2.00 @ 5.9900

Sub-Total                     11.98
Deposit                        0.00
Tax                            0.99
Total                         12.97
    AmEx (S)                  12.97
    Account: 2003
    Auth: 560276 (A)
Total Tender                  12.97
Change Due                     0.00

Thank you for visiting

FedEx Kinko's
Make It. Print It. Pack It. Ship It.
www.fedexkinkos.com

Customer Copy

**OfficeMax**

OfficeMax #440
928 W. CAMELBACK
PHOENIX, AZ 85013
(602) 285-0515

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
**www.officemax.com/store/survey**
to enter and to view the terms and
conditions of entering the survey.

070330316737                    $5.99
  Briteliner Plus Asst 5pk
00011491961756                  $7.28
  Preprinted Toc Div Multi 1
00011491961756                  $7.28
  Preprinted Toc Div Multi 1
00011491961756                  $7.28
  Preprinted Toc Div Multi 1
00011491961756                  $7.28
  Preprinted Toc Div Multi 1

SubTotal                       $35.11
Tax 8.300%                      $2.92
TOTAL                          $38.03

AMEX                           $38.03
  Card number:    XXXXXXXXXXX2003
  Authorization 611889

                              84447576
0440 00001 12979 7 01/04/10
       00358193 05:15:18 PM

ORDER BY PHONE 1-877-OFFICEMAX



0440001129790010410005

Republic Services, Inc.
Court Reporting Division
4202 Sherwood Lane
Houston, TX 77092
(713) 957-0094   Fax (713) 957-0540

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 7747 | 01/19/2010 | 01-3914 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/06/2010 | ADVAVI | 4:08-cv-3175 |
| **CASE CAPTION** | | |
| BRUCE VAN ALSTYNE VS. GC SERVICES, LP | | |
| **TERMS** | | |
| Due upon receipt | | |

Marshall Meyers
WEISBERG & MEYERS, LLC
5025 North Central Avenue
Suite 602
Phoenix, AZ 85012

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Paul Jiwan Grover                                        2,434.02

VIDEO DEPOSITION OF:
   Paul Jiwan Grover                                        1,215.00
                                                         _____
                              TOTAL   DUE   >>>>            3,649.02

***   INVOICE BASED ON REAL TIME DAILY COPY DELIVERY   ***
***   ROUGH DRAFT PROVIDED   ***
```

TAX ID NO.: 26-0437828                              (866) 775-3666   Fax (866) 565-1327

*Please detach bottom portion and return with payment.*

Marshall Meyers
WEISBERG & MEYERS, LLC
5025 North Central Avenue
Suite 602
Phoenix, AZ 85012

```
Invoice No.:  7747
Date       :  01/19/2010
TOTAL DUE  :  3,649.02



Job No.    :  01-3914
Case No.   :  4:08-cv-3175
BRUCE VAN ALSTYNE VS. GC SERVICES, L
```

Remit To:   **Republic Services, Inc.**
            **Court Reporting Division**
            **4202 Sherwood Lane**
            **Houston, TX 77092**



HOUSTON AIRPORT SYSTEM

**A  B  C  E**
**Taxi #**
Supervisor's # (281) 740-2585
All major credit cards accepted

## WELCOME TO HOUSTON

### GEORGE BUSH
### INTERCONTINENTAL AIRPORT

Dear Taxicab Customer,

All destinations within the city limits from Bush Intercontinental Airport are charged according to the flat Zone Rate or the meter rate, whichever is LESS. In addition, city ordinance authorizes the cab driver to add an additional $2.75 departure fee to the total.

We welcome you to our city. Whether your travel is for business or pleasure, we hope you had a pleasant visit and look forward to serving you again.

### TAXI INFORMATION FOR
### IAH CUSTOMERS

**Get a receipt** from the driver which should list the cab company, cab number, itemized list of charges, total amount of fare paid, date and driver's signature.

**Count your luggage** or other articles before and after riding in the taxicab to make sure you haven't forgotten personal belongings.

**Have the address of your destination handy.** Drivers are required to read and use a key map to get you to your location.

**All drivers are required to communicate in English** and may not refuse a trip.

---

DO NOT WRITE ABOVE THIS LINE

WEISBERG&MEYERS LLC

6500000001011223
**CAB SERVICES**
**HOUSTON, TX 77009**

SIGN HERE **X**

2330560

TAXI/CAB SERVICES
CUSTOMER COPY

EXPIRATION
[X] DATE CHECKED

| SALE | |
| TAX | |
| TIPS | |
| TOTAL | |

---

Sunrise Transportation
11731 Berry Meadow
Houston, TX 77071

476579110120564
01/05/10                           21:36
SALE                                [40]

**Total**                        **$50.00**

AMEX                              Swiped
Acct number      XXXXXXXXXXXX2003
Tran ID                             040
Batch #                               6
Host Resp:      AUTH/TKT 509908
Auth Code: 509908        Approved

I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD
ISSUER AGREEMENT. (MERCHANT
AGREEMENT IF CREDIT VOUCHER)

=== CUSTOMER COPY ===



Vic & Anthony's Steakhouse
1510 Texas Avenue
Houston, Texas
(713) 228-1111

Server: SONYA
06:36 PM
Table 85/1

DOB: 01/07/2010
01/07/2010
4/40002

5242881

AMEX
Card #XXXXXXXXXX2003
Magnetic card present: MEYERS MS
Approval: 534796

Amount:        $ 145.38

+ Tip: _____

= Total. 130.58

X___ VAN ALSTYNE ___

Thank you, come again!

| | |
|---|---|
| **From:** | Kimberly Larson |
| **Sent:** | Wednesday, December 23, 2009 1:45 PM |
| **To:** | Accounting |
| **Subject:** | FW: Houston American Express Travel Reservation |

1. amex
2. club quarters
3. hotel for deposition and trial
4. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
5. 638.38
6. 12/23/09

Kimberly Larson
Weisberg & Meyers
888 595 9111 ext 112
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com
-

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** American Express Travel [mailto:service@americanexpress-travel.com]
**Sent:** Wednesday, December 23, 2009 1:37 PM
**To:** Kimberly Larson
**Subject:** Houston American Express Travel Reservation

 

# thank you!
travel reservation
confirmation

**Thank you for using American Express Travel**

Dear MARSHALL ,

Your trip to Houston is confirmed. A summary of your reservation is provided below. Please be sure to:

- Review your trip details
- Read the instructions and policies listed below
- Print this email for your records.
- See other great offers from American Express Travel to complete your travel plans
- **Contact us immediately if any issues arise with your reservation before or during your trip.**

Your American Express Travel Trip ID: 493571068813.

**Itinerary**

| | | |
|---|---|---|
| Hotel: | Club Quarters Houston | Use Pay with Points on your hotel |
| | 720 FANNIN STREET | |
| | Houston, TX 77002-3404 | |
| Telephone: | 1-800-297-2977 (for questions about this reservation) | |
| | 7132246400 (for other questions about the property) | |
| Check In: | Tue, Jan 5, 2010 | |
| Check Out: | Sat, Jan 9, 2010 | |
| Nights: | 4 | |
| Rooms | Studio Queen Kitchenette ( 1 Adults ) Marshall Meyers | |
| Guests: | 1 | |
| Status: | Confirmed | |
| Primary Contact: | MARSHALL MEYERS | |

- Need to modify this reservation?
- Need to cancel this reservation?

## Complete Your Travel Plans for Houston!

**Add a Car**

find a car



From compacts to SUVs, we've got cars well-suited for your time behind the wheel.

**Add a Flight**

find a flight



Round-trip, one-way, or multi-destination, we're flush with flight options at your fingertips.

## Instructions and Policies

## Hotel Policies

- All Lowest Rates Guaranteed hotel reservations are prepaid. Your credit card will be charged when you complete your reservation.
- Lowest Rates Guaranteed reservations are guaranteed for late arrival.
- Lowest Rates Guaranteed reservations are generally ineligible for hotel award points or airline mileage.
- Any incidental charges will be assessed directly to you by the hotel upon check-out. Examples: Parking, Phone Calls, Room Service.
- Any changes to or cancellation of your GoodBuy reservation may result in fees up to the full cost of your stay.
- Cancellations or changes made after check-in are subject to a 100% charge.
- Please do not call the hotel directly to make changes or cancel this reservation, as their agents will not be able to change or issue refunds for these specially negotiated rates.

- If you are reserving multiple rooms at the same hotel for the same dates, you must use a different name for each reservation. Using the same name for multiple reservations may cause the hotel to cancel reservations that appear to be duplicates.
- Changes to the name on a reservation are not permitted after the booking is completed
- No refunds for unused nights, including those resulting from delayed check-in or early check-out, will be given.
- Guests must be at least 18 to 21 years of age at time of check-in (depending on individual hotel policy) unless accompanied by a parent or guardian.
- You must present photo ID at check in.
- You may be required to present a vali d credit (not debit) card or cash deposit at check in for incidentals.
- **Please review your itinerary immediately.** If any issues arise before or during your trip you must call us right away. Why? We work with our suppliers to resolve your concerns, so the only opportunity we have to help you is before your trip ends. If you wait until you return, it's too late.
- If you experience an issue during your trip, you must call us immediately so that we can assist you in resolving your problem. Any portion of your trip that has been used is non-refundable. We are not responsible for any modifications you make to your trip without our assistance.
- Bed types, smoking preference, and in-room amenities are subject to hotel availability.

## Room Policies

Room 1 : Studio Queen Kitchenette

- Cancellations or changes occurring within 24 hours of 12:01 am (Central Time) on the day of check-in are subject to a cancellation penalty. This includes a 1 night room charge plus applicable Tax Recovery Charge & Service Fees.
- Cancellations or changes made after check-in are subject to a 100% charge.

## Pricing

1 Room , 4 Nights ,1 Adult

1 Adult

| | |
|---|---|
| Tue, Jan 5 | $ 149.00 |
| Wed, Jan 6 | $ 149.00 |
| Thu, Jan 7 | $ 149.00 |
| Fri, Jan 8 | $ 89.00 |

| | |
|---|---|
| Sum of nightly rates: | $ 536.00 |
| Tax Recovery Charge & Service Fees: | $ 102.38 |

| | |
|---|---|
| **Total for 1 Room:** | **$ 638.38** |

We have charged a total of $ 638.38 to your American Express xxxx-xxxx-xxxx-2003.

## Travel Checklist

- **Printed itinerary**—We suggest you print this page or your confirmation email to take along with you on your trip.
- **Photo ID**—A valid photo ID is required for hotel check-in.
- **Credit card**—A valid credit card is required for hotel check-in.

## Help

## American Express Travel Customer Service Center

Please reference your American Express Travel Trip ID 493571068813 anytime you call us. There may be a penalty and/or charges for reservation changes, if you are able to make changes.

     In the US     1-800-297-2977 24 hours a day / 7 days a week

Outside the US 1-210-582-2716 24 hours a day / 7 days a week

If you have any questions regarding this reservation please contact American Express Travel at 1-800-297-2977.

---

## Hotel Front Desk Use Only

This is a American Express Travel prepaid reservation. The room and Tax Recovery Charge & Service Fees were charged through American Express Travel, but a separate folio shouldbe created for any incidentals, including extra person fees,associated with this room reservation.

Room Type:      Studio Queen Kitchenette
Room Code:      134642
Rate Code:      TN1
Confirmation Code: 10004946430

If you have any questions regarding this reservation please contact American Express Travel at 1-800-297-2977.

### Yours for a Year, Travel and Leisure



As a thank you for booking with American Express Travel we've included a one year subscription to Travel + Leisure magazine. We invite you to redeem your subscription now.

### American Express Travel Services



**American Express® Travelers Cheques** - The Safety of Travelers Cheques Order now

**Travel Insurance** - Feel Secure knowing you are protected if plans change or the unexpected happens. Order Now

**Foreign Currency** - Consider the convenience of having local currency before you arrive. Call now at 1-877-AXP-7976 to find a Travel Service Location near you that sells foreign currency.

---

Contact Customer Service   Privacy Statement   Add Us to Your Address Book

This **customer service e-mail** was sent to you by American Express. You may receive customer service e-mails even if you have requested not to receive marketing e-mails from American Express.

For details on important travel notices, terms and conditions, click here.

© 2009 American Express Travel Related Services. All rights reserved.

**From:** Kimberly Larson
**To:** Accounting
**Subject:** FW: Houston American Express Travel Reservation
**Date:** Monday, January 04, 2010 12:17:24 PM

1. amex
2. american exress travel
3. club quarters, Houston, tx
4. hotel fore client for trial $271.54
5. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
6. 1/4/10

Kimberly Larson
Weisberg & Meyers
888 595 9111 ext 112
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** American Express Travel [mailto:service@americanexpress-travel.com]
**Sent:** Monday, January 04, 2010 10:33 AM
**To:** Kimberly Larson
**Subject:** Houston American Express Travel Reservation



# thank you!
travel reservation
confirmation

**Thank you for using American Express Travel**

Dear Bruce ,

Your trip to Houston is confirmed. A summary of your reservation is provided below. Please be sure to:

- Review your trip details
- Read the instructions and policies listed below
- Print this email for your records.
- See other great offers from American Express Travel to complete your travel plans
- **Contact us immediately if any issues arise with your reservation before or during your trip.**

Your American Express Travel Trip ID: 200044972912.

**Itinerary**

| | | |
|---|---|---|
| | Hotel: | Club Quarters Houston<br>720 FANNIN STREET<br>Houston, TX 77002-3404 |
| | Telephone: | 1-800-297-2977 (for questions about this reservation)<br>7132246400 (for other questions about the property) |
| | Check In: | Wed, Jan 6, 2010 |
| | Check Out: | Fri, Jan 8, 2010 |
| | Nights: | 2 |
| | Rooms | Single Double ( 1 Adults ) Bruce Van Astyne |
| | Guests: | 1 |
| | Status: | Confirmed |
| | Primary Contact: | Bruce Van Astyne |

- Need to modify this reservation?
- Need to cancel this reservation?

**Complete Your Travel Plans for Houston!**

**Add a Car**
find a car

From compacts to SUVs, we've got cars well-suited for your time behind the wheel.

**Add a Flight**
find a flight

Round-trip, one-way, or multi-destination, we're flush with flight options at your fingertips.

**Instructions and Policies**

**Hotel Policies**

- All Lowest Rates Guaranteed hotel reservations are prepaid. Your credit card will be charged when you complete your reservation.
- Lowest Rates Guaranteed reservations are guaranteed for late arrival.
- Lowest Rates Guaranteed reservations are generally ineligible for hotel award points or airline mileage.
- Any incidental charges will be assessed directly to you by the hotel upon check-out. Examples: Parking, Phone Calls, Room Service.
- Any changes to or cancellation of your GoodBuy reservation may result in fees up to the full cost of your stay.
- Cancellations or changes made after check-in are subject to a 100% charge.
- Please do not call the hotel directly to make changes or cancel this reservation, as their agents will not be able to change or issue refunds for these specially negotiated rates.

If you are reserving multiple rooms at the same hotel for the same dates, you must use a different name for each reservation. Using the same name for multiple reservations may cause the hotel to cancel reservations that appear to be duplicates.

- Changes to the name on a reservation are not permitted after the booking is completed
- No refunds for unused nights, including those resulting from delayed check-in or early check-out, will be given.
- Guests must be at least 18 to 21 years of age at time of check-in (depending on individual hotel policy) unless accompanied by a parent or guardian.
- You must present photo ID at check in.
- You may be required to present a vali d credit (not debit) card or cash deposit at check in for incidentals.
- **Please review your itinerary immediately.** If any issues arise before or during your trip you must call us right away. Why? We work with our suppliers to resolve your concerns, so the only opportunity we have to help you is before your trip ends. If you wait until you return, it's too late.
- If you experience an issue during your trip, you must call us immediately so that we can assist you in resolving your problem. Any portion of your trip that has been used is non-refundable. We are not responsible for any modifications you make to your trip without our assistance.
- Bed types, smoking preference, and in-room amenities are subject to hotel availability.

## Room Policies

Room 1 : Single Double

· Cancellations or changes occurring within 24 hours of 12:01 am (Central Time) on the day of check-in are subject to a cancellation penalty. This includes a 1 night room charge plus applicable Tax Recovery Charge & Service Fees.
· Cancellations or changes made after check-in are subject to a 100% charge.

## Pricing

1 Room , 2 Nights ,1 Adult

1 Adult

| | |
|---|---|
| Wed, Jan 6 | $ 114.00 |
| Thu, Jan 7 | $ 114.00 |
| | |
| Sum of nightly rates: | $ 228.00 |
| Tax Recovery Charge & Service Fees: | $ 43.54 |
| | |
| **Total for 1 Room:** | **$ 271.54** |

We have charged a total of $ 271.54 to your American Express xxxx-xxxx-xxxx-2003.

## Travel Checklist

- **Printed itinerary**—We suggest you print this page or your confirmation email to take along with you on your trip.
- **Photo ID**—A valid photo ID is required for hotel check-in.
- **Credit card**—A valid credit card is required for hotel check-in.

## Help

## American Express Travel Customer Service Center

Please reference your American Express Travel Trip ID 200044972912 anytime you call us. There may be a penalty and/or charges for reservation changes, if you are able to make changes.

In the US        1-800-297-2977 24 hours a day / 7 days a week

Outside the US 1-210-582-2716 24 hours a day / 7 days a week

If you have any questions regarding this reservation please contact American Express Travel at 1-800-297-2977.

**Hotel Front Desk Use Only**

This is a American Express Travel prepaid reservation. The room and Tax Recovery Charge & Service Fees were charged through American Express Travel, but a separate folio shouldbe created for any incidentals, including extra person fees,associated with this room reservation.

Room Type:     Single Double
Room Code:     134641
Rate Code:     TN1
Confirmation Code: 10005263854

If you have any questions regarding this reservation please contact American Express Travel at 1-800-297-2977.

### Yours for a Year, Travel and Leisure

 As a thank you for booking with American Express Travel we've included a one year subscription to Travel + Leisure magazine. We invite you to redeem your subscription now.

### American Express Travel Services

 **American Express® Travelers Cheques** - The Safety of Travelers Cheques Order now

**Travel Insurance** - Feel Secure knowing you are protected if plans change or the unexpected happens. Order Now

**Foreign Currency** - Consider the convenience of having local currency before you arrive. Call now at 1-877-AXP-7976 to find a Travel Service Location near you that sells foreign currency.

Contact Customer Service   Privacy Statement   Add Us to Your Address Book

This **customer service e-mail** was sent to you by American Express. You may receive customer service e-mails even if you have requested not to receive marketing e-mails from American Express.

For details on important travel notices, terms and conditions, click here.

© 2010 American Express Travel Related Services. All rights reserved.

| | |
|---|---|
| **From:** | Kimberly Larson |
| **To:** | Accounting |
| **Subject:** | FW: Ticketless Confirmation - MEYERS/MARSHALL - N8NPWF |
| **Date:** | Wednesday, November 25, 2009 12:28:48 PM |

1. Amex
2. southwest airlines
3. flight to pretrial conference
4. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
5. 417.70
6. 11.26.09

Kimberly Larson

Weisberg & Meyers

888 595 9111 ext 112

866 565 1327 facsimile

WMLaw.AttorneysForConsumers.com

-

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Wednesday, November 25, 2009 12:23 PM
**To:** Kimberly Larson
**Subject:** Ticketless Confirmation - MEYERS/MARSHALL - N8NPWF



**Receipt and Itinerary as of 11/25/09 1:22 PM**

## Confirmation Number
### N8NPWT

Confirmation Date: 11/25/09
Received: WN/MARSHALL MEYERS BY ICBM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MEYERS/MARSHALL | 00000410388576 | 5262167835504 | 11/25/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

**Depart: PHOENIX AZ to HOUSTON HOBBY   ( Travel Time: 2 hrs 30 mins )**

| Date | Flight | Routing Details |
|---|---|---|
| Fri Dec 18 | # 2028 | Depart PHOENIX AZ (PHX) at 7:45 AM<br>Arrive in HOUSTON HOBBY (HOU) at 11:15 AM |

**Return: HOUSTON HOBBY to PHOENIX AZ   ( Travel Time: 3 hrs )**

| Date | Flight | Routing Details |
|---|---|---|
| Fri Dec 18 | # 1911 | Depart HOUSTON HOBBY (HOU) at 6:55 PM<br>Arrive in PHOENIX AZ (PHX) at 8:55 PM |

### Cost and Payment Summary

| | |
|---|---|
| Base Fare | $370.23 |
| + Excise Taxes | $27.77 |
| **Advertised Fare** | **$398.00** |
| + Segment Fee | $7.20 |
| + Passenger Facility Fee | $7.50 |
| + Security Fee[1] | $5.00 |
| **Total Payment:** | **$417.70** |

[1] Security Fee is the government-imposed September 11th Security Fee.

Current payment(s)
   11/25/09 Amer Express XXXXXXXXXXX2003 $417.70

### Fare Rule(s)

All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

PHX WN HOU156.14O14NTNR WN PHX212.09W14NR 370.23 END ZPPHXHOU XFPHX4.5HOU3 AY5.00$PHX2.50 HOU2.50

**Important Checkin Requirement**

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**Southwest Airlines Co. Notice of Incorporated Terms**

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

### Notice of Incorporated Terms



**Additional Information for Travelers**

Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

**From:**      Kimberly  Larson
**Sent:**      Wednesday, December 23, 2009 1:42 PM
**To:**        Accounting
**Subject:**   FW: Ticketless Confirmation - MEYERS/MARSHALL - QU6WG7

1. amex
2. Southwest airlines
3. return flight to phx from deposition and trial
4. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
5. 143.10
6. 12/23/09

Kimberly Larson
Weisberg & Meyers
888 595 9111 ext 112
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

-

**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Wednesday, December 23, 2009 12:10 PM
**To:** Kimberly Larson
**Subject:** Ticketless Confirmation - MEYERS/MARSHALL - QU6WG7



SOUTHWEST.COM®

Receipt and Itinerary as of 12/23/09 1:10 PM

Confirmation Number
QU6WG7

Confirmation Date: 12/23/09

EARLYBIRD CHECK-IN
A More Convenient Way To Travel
ONLY $10 ONE WAY
Get it Now

Received: WN/MARSHALL MEYERS BY ICBM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

## Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MEYERS/MARSHALL | 00000410388576 | 5262172177666 | 12/23/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

## Itinerary

**Depart: HOUSTON HOBBY to PHOENIX AZ   (Travel Time: 3 hrs )**

| Date | Flight | Routing Details |
|---|---|---|
| Sat Jan 09 | # 2931 | Depart HOUSTON HOBBY (HOU) at 8:10 AM<br>Arrive in PHOENIX AZ (PHX) at 10:10 AM |

## Cost and Payment Summary

| | |
|---|---|
| Base Fare | $124.65 |
| + Excise Taxes | $9.35 |
| **Advertised Fare** | **$134.00** |
| + Segment Fee | $3.60 |
| + Passenger Facility Fee | $3.00 |
| + Security Fee[1] | $2.50 |
| **Total Payment:** | **$143.10** |

[1] Security Fee is the government-
imposed September 11th Security Fee.

Current payment(s)
12/23/09 Amer Express XXXXXXXXXXX2003 $143.10

## Fare Rule(s)

All travel involving funds from this Confirmation Number must be completed by the expiration date. Any change to this itinerary may result in a fare increase.

Fare Calculation:

HOU WN PHX124.65S14NTNR 124.65 END ZPHOU XFHOU3 AY2.50$HOU2.50

## Important Checkin Requirement

Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

## Southwest Airlines Co. Notice of Incorporated Terms

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference.

### Notice of Incorporated Terms

### Additional Information for Travelers

Online Checkin | Free Baggage Allowances | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant

(PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

**From:** Kimberly Larson
**Sent:** Wednesday, December 23, 2009 1:43 PM
**To:** Accounting
**Subject:** FW: Your US Airways flight

1. amex
2. US airways
3. return flight to deposition and trial
4. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
5. 318.60
6. 12/23/09

Kimberly Larson
Weisberg & Meyers
888 595 9111 ext 112
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

---

<u>General Disclaimer:</u> The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

<u>Statement Required by U.S. Treasury Department:</u>
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** reservations@email-usairways.com [mailto:reservations@email-usairways.com]
**Sent:** Wednesday, December 23, 2009 12:15 PM
**To:** Kimberly Larson
**Subject:** Your US Airways flight



**US AIRWAYS**
*Fly with us.*                                                                 Your reservation

| Book travel | Travel tools | Dividend Miles | Specials | US Airways Vacations |

## Confirmation code: ES3KEC
Date issued: Wednesday, December 23, 2009



Scan at any US Airways kiosk to check in.

 • New baggage policy

## Passenger summary

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| MARSHALL MEYERS | 40056442961 (US) | 03723734531101 | |

 



## Trip details  Download to Outlook

**Depart:** Phoenix, AZ (PHX) ⬌ Houston, TX (George Bush) (IAH)

**Date: Tuesday, January 05, 2010**

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 275 | 04:00 PM PHX | 07:33 PM IAH | 2h 33m | None | 737-300 | Coach | |

US Airways

  

Give yourself peace of mind with Trip Insurance ▶

Book your car rental with US & drive away with more miles ▶

We'll get you there, now get a hotel room with US ▶

## Total travel cost (1 passengers)

| | | Helpful links |
|---|---|---|
| 1 Adult | $286.51 | Manage your reservation |
| Taxes + fees | $32.09 | Join Dividend Miles |
| | | Airport information |
| **Fare total** | **$318.60** Non-refundable | Baggage policies |
| | | TSA regulations |
| **Total** | **$318.60** | Currency exchange and rates |
| | | Seated in an exit row? Read about checking in. |

↳ Charged to Marshall Meyers
   \*\*\*\*\*\*\*\*\*\*\*2003 American Express




Terms & conditions

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $150.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.



US Airways, 111 W Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2009. All rights reserved.

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

**From:**    Kimberly Larson
**To:**      Accounting
**Subject:**  FW: Ticketless Confirmation - MEYERS/MARSHALL - QU6WG7
**Date:**    Friday, January 08, 2010 3:10:35 PM

1. Amex
2. Southwest Airlines
3. Van Astyne, Bruce v. GC Services, LP D080410C(TX)
4. flight change for msm to return to phx after trial
5. 258.10
6. 1.8.10


Kimberly Larson
Weisberg & Meyers
888 595 9111 ext 112
866 565 1327 facsimile
WMLaw.AttorneysForConsumers.com

-
**General Disclaimer:** The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

**Statement Required by U.S. Treasury Department:**
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.


**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Friday, January 08, 2010 2:14 PM
**To:** Kimberly Larson
**Subject:** Ticketless Confirmation - MEYERS/MARSHALL - QU6WG7




Receipt and Itinerary as of 01/08/10 3:14 PM

## Confirmation Number
## QU6WG7



Confirmation Date: 12/23/09
Received: WN/MARSHALL MEYERS BY ICBM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| MEYERS/MARSHALL | 00000410388576 | 5262174770597 | 12/23/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

**Depart:** HOUSTON HOBBY to PHOENIX AZ  *( Travel Time: 3 hrs )*

| Date | Flight | Routing Details |
|---|---|---|
| Fri Jan 08 | # 1911 | Depart HOUSTON HOBBY (HOU) at 6:55 PM<br>Arrive in PHOENIX AZ (PHX) at 8:55 PM |

### Cost and Payment Summary

| | |
|---|---|
| Base Fare | $364.66 |
| + Excise Taxes | $27.34 |
| **Advertised Fare** | **$392.00** |
| + Segment Fee | $3.70 |
| + Passenger Facility Fee | $3.00 |
| + Security Fee[1] | $2.50 |
| **Total Payment:** | **$401.20** |

[1] Security Fee is the government-
imposed September 11th Security Fee.

Current payment(s)
  01/08/09 Amer Express XXXXXXXXXX2003 $258.10
  01/08/10 Ticket Exchange 5262172177666 $143.10

### Fare Rule(s)

All travel involving funds from this Confirmation Number must be completed by the expiration
date. Any change to this itinerary may result in a fare increase.

### Important Checkin Requirement

Passengers who do not obtain a boarding pass and are not present and available for boarding in
the departure gate area at least ten minutes prior to scheduled departure time may have their
reserved space cancelled and will not be eligible for denied boarding compensation.

### Southwest Airlines Co. Notice of Incorporated Terms

Air transportation by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of
Carriage, the terms of which are incorporated by reference.

# U·S AIRWAYS

☰ **U·S AIRWAYS**

CC4PVG/US    5JAN10    RF180DB7        E-TICKET RECEIPT
                                                    ARRIVAL          FROM    TO
MEYERS/MARSHALL                                                       EBC  FEE
1000A EXCESS BAG EBC   US   9957   Y   05JAN     1130A FEE FEE

FP  AX**********2003/****/105506 /FC  BAGGAGE FEE (1B) 01 0025 (2B) 00
0000 (3B) 00 0000 (OW) 00  0000 (OZ) 00 0000( SE) 00 0000 USDTTL 025.00END

FARE USD    25.00     DOCUMENT NUMBER 0372374788188
TAX     US      .00
TAX                        NO CASH VALUE               THANK YOU FOR FLYING
TOTALUSD    25.00                                          US AIRWAYS

# U·S AIRWAYS

**U·S AIRWAYS**

2501C/US       5JAN10    BE58B40R      E-TICKET RECEIPT
MEYERS/MARSHALL                                    ARRIVAL
100A EXCESS BAG EBC   US   9957   Y   05JAN     1130A FEE FEE



AX**********2003/****/188156 /FC BAGGAGE FEE (1B) 00 0000 (2B)  00
0 (3B) 00 0000 (OW) 01 0050 (OZ) 00 0000 (SE) 00 0000 USD50.00END

US AIRWAYS
BAG CLAIM CHECK
MEYERS/MARSH
5JAN10  14:46

US 275  IAH          B7  KKS

BAGS CHKD: 000001    PNR:
                     ES3KEC
                     OF 01
US995344

RE USD    50.00     DOCUMENT NUMBER 0372374788724
(     US      .00
(                    NO CASH VALUE
ALUSD    50.00     NOT VALID FOR TRAVEL       THANK YOU FOR FLYING
                                                  US AIRWAYS

**Notice of Incorporated Terms**



**Additional Information for Travelers**
Online Checkin | Free Baggage Allowance | Checkin Requirements
Inflight Service | Travel Tools | Refund Information | Privacy Policy | Southwest Airlines Destinations

We can notify you of flight departure or arrival status via text messages on your cell phone, pager, personal digital assistant (PDA), or e-mail account. Or, use our automated phone service by calling 1-888-SWA-TRIP.

MARSHALL S. MEYERS
WEISBERG & MEYERS LLC

| | | | |
|---|---|---|---|
| 12/18/09 | PAPPAS BURGER 610 6HOUSTON | | 13.50 |
| | FAST FOOD RESTAURANT | | |
| | FOOD | 10.50 | |
| | TIP | 3.00 | |
| 12/18/09 | HARD ROCK HOUSTON R HOUSTON | | 18.69 |
| | 713-227-1392 | | |
| 12/18/09 | SKY HARBOR AIRPORT TPHOENIX | | 25.00 |
| | 5022733369 | | |
| | Description          Price | | |
| | PARKING LOT/GARAGE    25.00 | | |

MARSHALL S MEYERS
WEISBERG&MEYERS LLC

XXXX-XXXXX3-92003

Page 6 of 12

**Due in Full continued**

| | | | Amount $ |
|---|---|---|---|
| 01/09/10 | Club Quarters in HouHouston | | |
| | Arrival Date | Departure Date | 150.35 |
| | 01/05/10 | 01/09/10 | |
| | 00000000 | | |
| | LODGING | | |
| 01/11/10 | COSTCOBUSCENTER 827 602-274-4651 | | |
| | | | 183.89 |

Continued on next page